1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant VARGAS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )  No. CR-06-0584 JCS
                                     )
12              Plaintiff,            )  STIPULATION AND [PROPOSED]
                                     )  ORDER CONTINUING SENTENCING
13         v.                         )  HEARING
                                     )
14 ERICK VARGAS,                     )
                                     )
15              Defendant.            )
                                     )
16 _____

17      Having entered a guilty plea to one count of using a false identification document, in

18 violation of , defendant Erick Vargas is scheduled to be sentenced by the Court on December 1,

19 2006. The defendant has advised his counsel that it will difficult for him to appear in court on

20 December 1, 2006 due to personal obligations. Counsel for the government does not oppose a

21 brief continuance to accommodate the defendant's unavailability. The probation officer is also

22 amenable to a continuance.

23 ///

24 ///

25 ///

26 ///

CR 06-0584 JCS; STIP TO CONTINUE
SENTENCING HEARING                              1

1  Accordingly, the parties agree and stipulate that the sentencing presently scheduled for
2  December 1, 2006 shall be continued to December 8, 2006 at 10:30 AM.
3  IT IS SO STIPULATED.
4  Dated: 11/29/06

BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

7  Dated: 11/29/06

KEVIN V. RYAN
United States Attorney
DEREK OWENS
Assistant United States Attorney

## ORDER

12  Accordingly, and for good cause shown, the sentencing hearing presently scheduled for
13  December 1, 2006 is hereby continued to December 8, 2006 at 10:30 AM.
14  IT IS SO ORDERED.
15  Dated:   November 30, 2006

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

CR 06-0584 JCS; STIP TO CONTINUE
SENTENCING HEARING                    2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that the following true copy of the **Stipulation and [Proposed] Order Continuing Sentencing Hearing** concerning the case of <u>United States v. Erick Vargas, CR 06-0584 JCS</u> was E-filed dated November 29, 2006 and hand delivered to:

United States Attorney
450 Golden Gate Ave, 11th Floor
San Francisco, CA,
Assistant United States Attorney
Derek Owens

November 29, 2006

MICHAEL TARKINGTON

- 1 -